# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG J. NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-00891-SAB<br><br>ORDER STRIKING INCOMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

Plaintiff Greg J. Nichols filed a complaint on June 11, 2015, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application to proceed in forma pauperis only contains the first page of the application, therefore the application is incomplete and does not contain a signature.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is STRICKEN FROM THE RECORD; and
2. Plaintiff shall file a complete signed application to proceed in forma pauperis within twenty days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 15, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE